## Commonwealth *v.* Hughes, Appellant.

Submitted December 11, 1967. *John Hughes,* appellant, in propria persona; *Henry T. Crocker* and *Richard A. Devlin,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAULDING, JJ., would remand for a hearing.